## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CAROLYN ARNETT**                                                           **PLAINTIFF**

**v.**                              **Case No. 1:17-cv-00076-KGB**

**LARRY NORRIS,** *et al.*                                                   **DEFENDANTS**

## ORDER

Pending before the Court is Ms. Arnett's motion for costs and attorney's fees pursuant to Federal Rule of Civil Procedure 4(d)(2) (Dkt. No. 35). This Court previously entered an Order consolidating this case with with *Villarreal v. DeWitt, et al.*, Case No. 1:16-cv-00163-KGB (Dkt. No. 34). In that Order, the Court directed the parties to make filings only in the *Villarreal* case (*Id.*). Ms. Arnett filed an identical motion for costs and attorneys' fees in the *Villarreal* case. The Court denied that motion in the *Villarreal* case in an Order dated March 29, 2019, and the Court denies the present motion before it in this case for the reasons set forth in the Order entered in the *Villarreal* matter (Dkt. No. 35).

So ordered this 29th day of March, 2019.

Kristine G. Baker
United States District Judge