## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LETICIA VILLARREAL** | | |
| **CAROLYN ARNETT** | | **PLAINTIFFS** |
| v. | Case No. 1:16-cv-00163 KGB | |
| **KENNETH DEWITT,** *et al.* | | **DEFENDANTS** |

### ORDER

Before the Court is plaintiff Carolyn Arnett's unopposed motion to voluntarily dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 64). Ms. Arnett wishes to voluntarily dismiss the instant lawsuit (*Id.,* ¶ 5). She represents that defendants will suffer no prejudice from a voluntary dismissal (*Id.*). Ms. Arnett also represents that defendants do not oppose the motion (Dkt. No. 65, ¶ 4). For good cause shown, the Court grants the motion (Dkt. No. 64). The Court dismisses without prejudice Ms. Arnett's claims, with each party bearing their own costs. Ms. Villarreal's claims remain pending.

It is so ordered this 4th day of May, 2020.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge